```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE EASTERN DISTRICT OF PENNSYLVANIA

STACY SHERFEY, et al.           :    CIVIL ACTION
                                :
        v.                      :
                                :
JOHNSON & JOHNSON, et al.       :    NO. 12-4162
```

ORDER

AND NOW, this 17th day of August, 2012, upon consideration of the plaintiffs' Motion for Random Assignment and to Strike the Defendants' Designation of Related Actions (Docket No. 7), the defendants' responses thereto, and for the reasons stated in a memorandum of law bearing today's date, IT IS HEREBY ORDERED that the motion is GRANTED.

The above-captioned case is referred to the assignment clerk for random assignment pursuant to Local Rule 40.1(c)(1).

```
                          BY THE COURT:


                          /s/ Mary A. McLaughlin
                          MARY A. McLAUGHLIN, J.
```