IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| STACY SHERFEY, as an administrator of the estate of Tracen Sherfey, a minor, deceased, STACEY SHERFEY, and NEIL SHERFEY, <br><br> Plaintiffs, <br><br> v. <br><br> JOHNSON & JOHNSON, et al., <br><br> Defendants. | CIVIL ACTION <br><br><br><br><br><br><br> No.  12-4162 |

**O R D E R**

**AND NOW,** this 29th day of January, 2014, upon consideration of Plaintiffs, Stacy Sherfey, as the administrator of the Estate of Tracen Sherfey, a minor, deceased, Stacy Sherfey, and Neil Sherfey's, (collectively, "Plaintiffs"), Motion to Remand (Doc. No. 18), Defendants, Johnson & Johnson, McNeil-PPC, Inc., Johnson & Johnson Sales & Logistics Company, LLC, Wal-Mart Stores, Inc., Peter B. Luther, Ashley A. McEvoy, Gary Benedict, Edwin K. Kuffner, M.D., Lorraine K. Bailer, William C. Weldon, Colleen Goggins, Rosemary Crane, Inmar Inc., Carolina Supply Chain Services, LLC, and Carolina Logistics Services, LLC's (collectively, "Defendants"), Responses, Plaintiffs' Replies thereto, and after an oral argument held on December 6, 2013, it is hereby **ORDERED** that the Motion is **DENIED**.

It is further **ORDERED** that Defendants, Peter B. Luther, Ashley A. McEvoy, Gary Benedict, Edwin K. Kuffner, M.D., Lorraine K. Bailer, William C. Weldon, Colleen Goggins,

and Rosemary Crane, are **DISMISSED** from this action.

                                                BY THE COURT:


                                                /s/ Robert F. Kelly
                                                ROBERT F. KELLY
                                                SENIOR JUDGE