IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STACY SHERFEY, as an administrator of the estate of Tracen Sherfey, a minor, deceased, STACY SHERFEY, and NEIL SHERFEY, : : : : : : Plaintiffs, : : v. : : JOHNSON & JOHNSON, et al., : : Defendants. : | CIVIL ACTION<br><br>No. 12-4162 |

**O R D E R**

      **AND NOW,** this 25th day of April, 2014, upon consideration of Defendants, Inmar Inc., Carolina Supply Chain Services, LLC, and Carolina Logistics Services, LLC's (collectively, the "Inmar Defendants"), Motion to Dismiss the Complaint (Doc. No. 56), Plaintiffs, Stacy Sherfey, as the administrator of the Estate of Tracen Sherfey, a minor, deceased, Stacy Sherfey, and Neil Sherfey's, Response, and the Inmar Defendants' Reply, it is hereby **ORDERED** that the Motion is **GRANTED**.

      Accordingly, it is **ORDERED** that Defendants, Inmar Inc., Carolina Supply Chain Services, LLC, and Carolina Logistics Services, LLC are **DISMISSED** from this action.

BY THE COURT:

/s/ Robert F. Kelly
ROBERT F. KELLY
SENIOR JUDGE