IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STACY SHERFEY, as an administrator of the estate of Tracen Sherfey, a minor, deceased, STACY SHERFEY, and NEIL SHERFEY, :<br><br>Plaintiffs, :<br><br>v. :<br><br>JOHNSON & JOHNSON, et al., :<br><br>Defendants. : | CIVIL ACTION<br><br>No. 12-4162 |

**O R D E R**

**AND NOW,** this   10th   day of June, 2014, upon consideration of Defendants, Johnson & Johnson, McNeil-PPC, Inc., Johnson & Johnson Sales & Logistics Company, LLC, and Wal-Mart Stores, Inc.'s (collectively, "Defendants"), Motion to Dismiss Pursuant to Federal Rule of Civil Procedure 12(b)(6), Plaintiffs, Stacy Sherfey, as the administrator of the Estate of Tracen Sherfey, a minor, deceased, Stacy Sherfey, and Neil Sherfey's, Response, and Defendants' Reply thereto, it is hereby **ORDERED** that the Motion is **DENIED**.

BY THE COURT:

 /s/ Robert F. Kelly
ROBERT F. KELLY
SENIOR JUDGE